UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

C.J.B.,

                Plaintiff,

        v.

NEIGHBORCARE HEALTH, a corporate
entity, and SEATTLE SCHOOL DISTRICT,
a political subdivision of the State Of
Washington,

                Defendants.

CASE NO.  C17- 0980

ORDER REFORMING CAPTION

Having reviewed the Notice of Substitution and a duly executed Certification of Annette L. Hayes, United States Attorney for the Western District of Washington, pursuant to the provisions of the Federal Tort Claims Act, and specifically 28 U.S.C. § 2679(d)(1), substituting the United States of America herein in place of and instead of Neighborcare Health.

//

//

//

//

Order Reforming Caption
C17-0980  - 1

IT IS HEREBY ORDERED that the caption of this case be amended to read as follows:

C.J.B.,

                      Plaintiff,

                 v.

UNITED STATES OF AMERICA, and
SEATTLE SCHOOL DISTRICT, a political
subdivision of the State Of Washington,

                  Defendants.

CASE NO. C17-0980

DATED this 7th day of July, 2017.


_MNT S Lasnik_
ROBERT S. LASNIK
United States District Judge

Presented by:

ANNETTE L. HAYES
United States Attorney

_/s/ Michelle Lambert_
MICHELLE LAMBERT, NYS #4666657
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: michelle.lambert@usdoj.gov

Order Reforming Caption
C17-0980 - 2