District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.J.B., | CASE NO. 2:17-CV-00980-RSL |
| Plaintiff, | JOINT STIPULATION AND ORDER FOR A STAY OF INITIAL DISCOVERY DEADLINES |
| v. | |
| UNITED STATES OF AMERICA, and SEATTLE SCHOOL DISTRICT, a political subdivision of the State Of Washington, | Noted For Consideration: July 25, 2017 |
| Defendants. | |

## JOINT STIPULATION

The parties hereby stipulate and agree to stay the scheduling deadlines for initial disclosures and submission of the Joint Status Report and Discovery Plan as set forth in the Court's order, dated July 10, 2017 (Dkt. 10), pending the Court's decision on the United States' motion to dismiss, Plaintiff's request for remand, and Defendant Seattle School District's motion for a stay. On July 6, 2017, Defendant United States filed a motion to dismiss the claims against the United States for lack of subject matter jurisdiction (Dkt. 7). On July 24, 2017, Plaintiff C.J.B. filed a response to the United States' motion, stating that Plaintiff does not oppose the motion to dismiss and seeking remand of the remaining claims

JOINT STIPULATION AND ORDER
FOR A STAY OF INITIAL DISCOVERY DEADLINES
2:17-cv-00980-RSL   - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    against Defendant Seattle School District back to King County Superior Court for further

2    proceedings (Dkt. 11).  Also in response to the United States' motion, Defendant Seattle

3    School District filed a motion to stay the entire case pending the outcome of Plaintiff's

4    administrative claim filed with the United States (Dkt. 12).  The motion to dismiss is noted

     for the Court's consideration on July 28, 2017.  Accordingly, the parties wish to stay the

5    initial discovery deadlines until the Court's determination on the United States' motion to

6    dismiss, Plaintiff's request for remand, and the Seattle School District's request for a stay.

7

                   Respectfully submitted,

8

    Dated this 25th day of July, 2017.         Dated this 25th day of July, 2017.

9

                                                 ANNETTE L. HAYES

10                                           United States Attorney

11    */s/ Lincoln C. Beauregard*             */s/ Michelle R. Lambert*

    LINCOLN C. BEAUREGARD,         MICHELLE R. LAMBERT,

12    WSBA # 32878                       NYS #4666657

    Connelly Law Offices               Assistant United States Attorney

13    2301 North 30th Street             Western District of Washington

    Tacoma, Washington 98403        United States Attorney's Office

14    Phone: 253-593-5100            700 Stewart Street, Suite 5220

    E-mail: lincolnb@connelly-law.com   Seattle, Washington 98101-1271

15    *Attorneys for Plaintiff*             Phone: 206-553-7970

16                                           E-mail:  michelle.lambert@usdoj.gov

                                        *Attorneys for Defendant United States*

17

    Dated this 25th day of July, 2017.

18

19    */s/ Karen L. Phu*

20    KAREN L. PHU, WSBA # 42136

    Preg O'Donnell & Gillett PLLC

21    901 Fifth Avenue, Suite 3400

    Seattle, Washington  98164

22    Phone: 206-287-1775

    E-mail: kphu@pregodonnell.com

23    *Attorneys for Defendant Seattle School District*

24    JOINT STIPULATION AND ORDER
       FOR A STAY OF INITIAL DISCOVERY DEADLINES
       2:17-cv-00980-RSL    - 2

1

## **ORDER**

2

3         The parties having so stipulated, IT IS SO ORDERED.  The deadlines for the parties

to exchange initial disclosures and submit the Joint Status Report and Discovery Plan are

4       stayed until the Court renders the decision on the United States' pending motion to dismiss.

5

6         DATED this 28th day of July, 2017.

7

8                                          _MWS Casnik_
                                           Robert S. Lasnik
9                                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   JOINT STIPULATION AND ORDER
     FOR A STAY OF INITIAL DISCOVERY DEADLINES
     2:17-cv-00980-RSL    - 3