UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.J.B., <br> Plaintiff, <br> v. <br> UNITED STATES OF AMERICA and SEATTLE SCHOOL DISTRICT, <br> Defendants. | No. C17-0980RSL <br><br> ORDER OF DISMISSAL AND REMAND |

This matter comes before the Court on the "United States' Motion to Dismiss Pursuant to Rule 12(b)(1)." Dkt. # 7. The parties agree that the Court does not have subject matter jurisdiction over the United States in this litigation and that the claims against it must be dismissed. Plaintiff requests that the remaining claims against the Seattle School District be remanded to King County Superior Court for resolution. The School District argues that judicial economy and fundamental fairness require that this matter be stayed for five months to give plaintiff the opportunity to exhaust her administrative remedies, refile her claims against the United States, and have them consolidated in this action.

The United States' motion to dismiss is GRANTED. The Court does not have subject matter jurisdiction over the claims asserted against the United States and declines to exercise supplemental jurisdiction over the claims against the Seattle School District. The Clerk of Court is therefore directed to remand this matter to King County Superior Court. If the School District

ORDER OF DISMISSAL AND REMAND

believes a stay is warranted in these circumstances, it can negotiate a case management plan with plaintiff and/or bring a motion before the state court.

Dated this 7th day of August, 2017.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL AND REMAND -2-